NO. 07-03-0240-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C 

SEPTEMBER 3, 2003

______________________________

XCEL ENERGY, THIRD PARTY DEFENDANT,

Appellant

v.

SHERRI LEE HOLLIS, 

Appellee

_________________________________

FROM THE 251
ST
 DISTRICT COURT OF RANDALL COUNTY;

NO. 50,756-C; HON. PATRICK A. PIRTLE, PRESIDING 

_______________________________

Before JOHNSON, C.J., and QUINN and REAVIS, JJ.

MEMORANDUM OPINION

Appellant Xcel Energy, by and through their attorneys, have filed a motion to dismiss this appeal because they longer desire to prosecute it.  Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.1(a)(2) and dismiss the appeal.  Having dismissed the appeal at appellant’s request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Brian Quinn

   Justice